**United States Bankruptcy Court**
District of Delaware

In re EuCyt Laboratories, LLC

Debtor(s)

Case No. 20-13181
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: December 23, 2020

_____ Manager
Travis H. Bird/Manager
Signer/Title

EUCYT LABORATORIES, LLC
5670 WYNN ROAD
SUITE D
LAS VEGAS, NV 89118

CHRISTOPHER D. LOIZIDES
LOIZIDES, P.A.
1225 KING STREET
SUITE 800
WILMINGTON, DE 19801

ASCENTIUM CAPITAL
23970 HWY 59 N
KINGWOOD, TX 77339-1535

AVEM HEALTHCARE, LLC
2300 VALLEY VIEW LANE
IRVING, TX 75062

CARDINAL HEALTH
7000 CARDINAL PLACE
DUBLIN, OH 43017-1453

DAVID STEINKRAUS
C/O ANDREW J. WILSON
CARLSON & BURNETT, L.L.P.
OMAHA, NE 68102

KATHERINE STEINKRAUS
C/O ANDREW J. WILSON
CARLSON & BURNETT, L.L.P.
OMAHA, NE 68102

KONICA MINOLTA
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087-1453

LEXICON BANK
TIVOLI VILLAGE, 330 S. RAMPART BLVD.,
SUITE 150
LAS VEGAS, NV 89145

MELANIE DRESDEN
C/O JOSEPH S. DALY
EVANS & DIXON, LLC
11422 MIRACLE HILLS DR., #400
OMAHA, NE 68154

MERRILL WILLIAMS
C/O DAVID J. CRIPE
HAUPTMAN, O'BRIEN, WOLF & LATHROP, P.C.
1005 SOUTH 107TH AVENUE, SUITE 200
OMAHA, NE 68114

OMAHA STEM CELLS, LLC
9839 SOUTH 168TH AVENUE
OMAHA, NE 68136

REGENERATIVE MEDICAL SUPPLY LLC
C/O CHARLIE H. LUH, ESQ.
LUH & ASSOCIATES
8987 W. FLAMINGO .ROAD,: SUITE 100
LAS VEGAS, NV 89147

REGENERATIVE MEDICINE & ANTI-AGING INSTI
C/O MATTHEW V. RUSCH
ERICKSON I SEDERSTROM, P.C.
10330 REGENCY PARKWAY DRIVE
OMAHA, NE 68114

REGENERATIVE MEDICINE AND ANTI-AGING INS
9839 SOUTTH 168TH AVENUE
OMAHA, NE 68136

SPRING MOUNTAIN DEVELOPERS
5760 WYNN ROAD
LAS VEGAS, NV 89118

STEM CELL CENTERS, LLC
9839 SOUTH 168TH AVENUE
OMAHA, NE 68136

T. WALDMANN-WILLIAMS
C/O DAVID J. CRIPE
HAUPTMAN, O'BRIEN, WOLF & LATHROP, P.C.
1005 SOUTH 107TH AVENUE, SUITE 200
OMAHA, NE 68114

UNITED STATES SMALL BUSINESS ADMINISTRAT
409 3RD ST, SW
WASHINGTON, DC 20416

WELLS FARGO BANK
PO BOX 29482
PHOENIX, AZ 85038